**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1093**

TONY RAY COBBS, SR.,

                Plaintiff - Appellant,

        v.

BOTTLING GROUP, LLC, a/k/a Pepsi Bottling Group,

                Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Danville.   Jackson L. Kiser, Senior District Judge.  (4:11-cv-00011-JLK-RSB)

Submitted:  June 14, 2012            Decided:  June 19, 2012

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tony Ray Cobbs, Sr., Appellant Pro Se.  Kevin D. Holden, JACKSON LEWIS, LLP, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tony Ray Cobbs, Sr., appeals the district court's order granting summary judgment for Bottling Group, LLC, in his employment discrimination action.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  Cobbs v. Bottling Group, LLC, No. 4:11-cv-00011-JLK-RSB (W.D. Va. Dec. 21, 2011).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED